```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| JAMES MACK, | : | CONSOLIDATED UNDER |
| | : | MDL 875 |
|     Plaintiff, | : | |
| | : | Transferred from the |
| | : | Northern District of |
| v. | : | California |
| | : | (Case No. 10-03165) |
| | : | |
| GENERAL ELECTRIC COMPANY, | : | E.D. PA CIVIL ACTION NO. |
| ET AL., | : | 2:10-78940-ER |
| | : | |
|     Defendants. | : | |

## O R D E R

**AND NOW**, this **3rd** day of **October, 2012,** it is hereby **ORDERED** that the Motions for Summary Judgment of Defendants Todd Pacific Shipyards Corporation (Doc. No. 44), Northrop Grumman Shipbuilding, Inc. (Doc. No. 46), and General Dynamics Corporation (formerly known as USX Corporation) (Doc. No. 45) are **GRANTED in part; DENIED in part.**

**AND IT IS SO ORDERED.**

S/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**
